IN THE OREGON TAX COURT
MAGISTRATE DIVISION
Property Tax

HANS VATHEUER,                   )
                                              )
           Plaintiff,              )   TC-MD 130117D
                                              )
        v.                       )
                                              )
WASHINGTON COUNTY ASSESSOR,   )
                                            )
           Defendant.         )   **FINAL DECISION OF DISMISSAL**

This matter is before the court on its own motion to dismiss this case for lack of prosecution.

A trial was scheduled at 9:00 a.m. on September 30, 2013, to consider Plaintiff's appeal. On May 6, 2013, the court sent notice of the scheduled trial to Plaintiff's representative at the email address Plaintiff's representative provided to the court. The notice was not returned as undeliverable. The notice advised that if Plaintiff did not appear, the court might dismiss the appeal.

Under such circumstances, the court finds the appeal must be dismissed for lack of prosecution. Now, therefore,

IT IS THE DECISION OF THIS COURT that the Complaint is dismissed.

Dated this ____ day of September 2013.

 

JILL A. TANNER
PRESIDING MAGISTRATE

*If you want to appeal this Final Decision of Dismissal, file a Complaint in the Regular Division of the Oregon Tax Court, by <u>mailing</u> to: 1163 State Street, Salem, OR 97301-2563; or by <u>hand delivery</u> to: Fourth Floor, 1241 State Street, Salem, OR.*

*Your Complaint must be submitted within __60__ days after the date of the Final Decision of Dismissal or this Final Decision of Dismissal cannot be changed.*

*This document was signed by Presiding Magistrate Jill A. Tanner on September 30, 2013.  The Court filed and entered this document on September 30, 2013.*